PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**07 CRIM. 515**

DOCKET NUMBER (Tran. Court)
1:06-CR-256-01

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JoAnne Bonneau<br>820 Colgate Avenue, Apt. 11-H<br>Bronx, NY 10473 | Middle/PA | Harrisburg |

NAME OF SENTENCING JUDGE
The Honorable Christopher C. Conner

DATES OF PROBATION/SUPERVISED RELEASE
FROM 3/16/07
TO 3/15/09

OFFENSE
Misprision of Felony
18 USC § 4

*[Stamp: JUDGE CROTTY]*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Middle** DISTRICT OF **Pennsylvania**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of New York** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/23/07
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Southern** DISTRICT OF **New York**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 0 8 2007
Effective Date

*James C. Francis IV*
United States District Judge

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK