| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:06-CR-256-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | |

07 CRIM. 515

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT Middle/PA | DIVISION Harrisburg |
|---|---|---|
| JoAnne Bonneau 820 Colgate Avenue, Apt. 11-H Bronx, NY 10473 | NAME OF SENTENCING JUDGE The Honorable Christopher C. Conner | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/16/07 — TO 3/15/09 |
| OFFENSE Misprision of Felony 18 USC § 4 | | |

JUDGE CROTTY

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__   DISTRICT OF __Pennsylvania__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/23/07
Date

_[signature]_
United States District Judge

JUDGE CROTTY

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Southern__   DISTRICT OF __New York__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 0 8 2007
Effective Date

_James C. Francis IV_
United States District Judge

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK